# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDMUND CARBINE, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:16-cv-1621-APG-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GEICO CASUALTY COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated July 11, 2016, required the parties to file a Joint Status Report no later than August 13, 2016.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **August 29, 2016**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge