ROBERT W. FREEMAN
Nevada Bar No. 3062
PAMELA L. MCGAHA
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EDMUND CARBINE,<br><br>    Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; ROE CORPORATIONS 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:16-cv-1621-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff EDMUND CARBINE ("Plaintiff"), by and through his counsel, ALDRICH LAW FIRM, and Defendants GEICO CASUALTY COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against

. . .

. . .

. . .

. . .

. . .

. . .

. . .

4814-2782-6493.1

| | |
|---|---|
| Defendants in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs. | |
| DATED this 23rd day of ~~December~~ January, 20~~16~~17. | DATED this 25 day of ~~December~~ January, 20~~16~~17. |
| **ALDRICH LAW FIRM** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ John P. Aldrich | /s/ Robert W. Freeman |
| John P. Aldrich, Esq.<br>Nevada Bar No. 006877<br>Gary S. Fink. Esq.<br>Nevada Bar No. 008064<br>1601 S. Rainbow Blvd., Suite 160<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* | ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 003062<br>PAMELA L. MCGAHA<br>Nevada Bar No. 08181<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Geico Casualty Company* |

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PAMELA L. MCGAHA
Nevada Bar No. 08181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*